THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 W. Thomas
 Miller, Appellant,
 v.
 Point Arcadia
 Horizontal Property Regime, Inc., Mr. Bill Lucas, President of Board of
 Directors, Sandra Levy, Vice President, Respondents.
 
 
 

Appeal From Richland County
Alison Renee Lee, Circuit Court Judge
Unpublished Opinion No.  2009-UP-344
Submitted June 1, 2009  Filed June 22,
 2009  
Affirmed

 
 
 
 W. Thomas Miller, of Columbia, pro se, for Appellant.
 Evans T. Barnette, of Columbia, for Respondents.
 
 
 

PER CURIAM: W. Thomas
 Miller appeals the trial court's award of reasonable costs incurred by Point
 Arcadia Horizontal Property Regime, Inc., and Dianne Fleming[1] in obtaining an order compelling discovery due to Miller's refusal to answer
 any questions posed by Point Arcadia's attorney during his deposition.  Miller
 argues no evidence supports the imposition of such sanctions.  We
 affirm[2] pursuant to Rule 220(b), SCACR, and the following authorities:  Barnette v. Adams Bros. Logging, Inc., 355 S.C. 588, 593, 586 S.E.2d 572, 575 (2003)
 (finding an appellate court will not disturb the trial court's imposition of
 sanctions "absent a clear abuse of discretion"); Id. (finding
 the party seeking to overturn the sanction bears the burden of demonstrating
 the trial court abused its discretion).  
AFFIRMED.
SHORT, WILLIAMS, and LOCKEMY, JJ., concur.

[1] We note Miller initiated similar actions against both
 Point Arcadia and Fleming individually.  The trial court consolidated the cases
 for discovery and trial, but issued two orders awarding costs.  Miller filed
 this appeal and also appealed the order awarding costs to Fleming (W. Thomas
 Miller. v. Dianne Fleming, Op. No. 2009-UP-343 (S.C. Ct. App. Filed June
 22, 2009)).  However, Point Arcadia and Fleming concede they are entitled
 to one award of costs.
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.